IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| USAA LIFE INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ALYSSA K. ROMAN, and JACK A. CRITSER, as personal representative of the Estate of Alan D. Critser;<br><br>Defendants. | 8:24CV175<br><br>ORDER |

This matter is before the Court on the Motion for Leave to Deposit Funds into the Registry of the Court (Filing No. 2) filed by Plaintiff, USAA Life Insurance Company. Plaintiff seeks leave to deposit disputed funds that are the subject of the present interpleader action into the registry of the Court. Plaintiff admits it currently holds $500,000, plus any accrued interest, in proceeds due and payable under life insurance policy No. M113171906 insuring and owned by the decedent, Alan D. Critser. Plaintiff seeks leave in compliance with Federal Rule of Civil Procedure 67 and NECivR 67.1 to deposit those funds into the registry of the Court. Having considered the matter, the Court grants Plaintiff's request. Accordingly,

**IT IS ORDERED**:

1. Plaintiff's Motion for Leave to Deposit Funds into the Registry of the Court (Filing No. 2) is granted.
2. Plaintiff may deposit a check in the amount of $500,000, plus any accrued interest, with the Clerk of the Court for the United States District Court for the District of Nebraska.
3. The Clerk is directed to deposit the aforementioned funds into an interest-bearing account until further order of the Court pursuant to 28 U.S.C. § 2041 and NECivR 67.1.

Dated this 20th day of May, 2024.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge